United States District Court

Eastern District of California

Paul Douglas Loutzenhiser,

        Plaintiff,                  No. Civ. S 04-1937 LKK PAN P

   vs.                            Order

Alvaro C. Traquina, et al.,

        Defendants.

-oOo-

April 21, 2005, defendants Traquina, Webster and Cervantes requested an extension of time to oppose summary judgment. Good cause appearing, defendant's request is granted and time is extended until May 23, 2005. No further extensions will be granted absent a showing of manifest injustice.

So ordered.

Dated: April 26, 2005.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge