IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL LOUTZENHISER,

    Plaintiff,                    No. CIV S-04-1937 LKK PAN P

    vs.

ALVARO C. TRAQUINA, et al.,

    Defendants.               ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        November 2, 2005, defendant Franklin requested proceedings against him be stayed in light of his October 14, 2005, Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Southern District of Ohio.

////

////

////

////

1

1  Good cause appearing, the court HEREBY ORDERS defendant Franklin's November 2,
2  2005, request is granted and this action is STAYED as to claims against defendant Franklin only.
3  DATED: January 3, 2006.

4              /s/Lawrence K. Karlton
              LAWRENCE K. KARLTON
5             SENIOR JUDGE
              UNITED STATES DISTRICT COURT