United States District Court

Eastern District of California

Paul Loutzenhiser,

     Plaintiff,   No. Civ. S 04-1937 LKK PAN P

  vs.   Order

Alvaro C. Traquina, et al.,

     Defendants.

-oOo-

Plaintiff is a state prisoner without counsel prosecuting a civil rights action.

The case proceeds on the September 16, 2004, complaint against defendants Traquina, Webster and Cervantes; claims against defendant Franklin were stayed January 4, 2006, because he is in bankrupty proceedings.

Plaintiff's right leg is an inch shorter than his left, and he claims constitutional violations stemming from prison officials' failure to provide a lift for his shoe. Plaintiff's

claims involve prison instructions and protocols for obtaining medical prosthetic devices. In findings and recommendations made August 22, 2005, I invited plaintiff to amend his pleading to include claims against those responsible for creating the instructions and protocols.

November 1, 2005, plaintiff moved for leave to file an amended complaint. His proposed "amended" complaint is in fact a supplemental and amended complaint, because it adds claims based on events after this action commenced. It names all current defendants plus Carey, Thor, Riggins and Altchek.

Plaintiff served his motion on defendants Traquina, Webster and Cervantes. The prison will not allow him to make an additional copy and thus the motion was not served on Franklin, who is represented by outside counsel. None of the defendants have opposed amendment.

Good cause appearing, the court hereby orders that:

1. Plaintiff's November 1, 2005, motion to amend is granted. The Clerk of the Court shall file plaintiff's proposed amended pleading, describing it in the docket as "amended and supplemental complaint."

2. Defendants Traquina, Webster and Cervantes shall respond to the pleading within 30 days.

3. Service is appropriate for defendants Carey, Thor Riggins and Altchek.

4. The Clerk of the Court shall send plaintiff four USM-285 forms, one summons, an instruction sheet and one copy of the

1  amended and supplemental complaint.
2       5.  Within 30 days from service of this order, plaintiff
3  shall complete the attached Notice of Submission of Documents and
4  submit it to the court with the completed summons and USM-285
5  forms and five copies of the amended and supplemental complaint.
6       6.  Upon receipt of the necessary materials, the court will
7  direct the United States Marshal to serve defendants Carey, Thor
8  Riggins and Altchek pursuant to Federal Rule of Civil Procedure 4
9  without payment of costs.
10      Dated:  January 24, 2006.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge

```
 1
 2
 3
 4
 5
 6
 7
 8                    United States District Court
 9                   Eastern District of California
10
11
12   Paul Douglas Loutzenhiser,
13             Plaintiff,         No. Civ. S 04-1937 LKK PAN P
14        vs.                     Notice of Submission of Documents
15   Alvaro C. Traquina, et al.,
16             Defendants.
17                              -oOo-
18       Plaintiff hereby submits the following documents in
19   compliance with the court's order filed _____:
20             ____ completed summons form
21             ____ completed forms USM-285
22             ____ copies of the _____
23                                 Amended and Supplemental Complaint
24   Dated: _____
25                         _____
                                        Plaintiff
26
```