IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL LOUTZENHISER,

      Plaintiff,          No. CIV S-04-1937 LKK PAN P

   vs.

ALVARO C. TRAQUINA, et al.,

      Defendants.     ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  In view of the district court's January 4, 2006, order staying this action as to plaintiff's claims against defendant Franklin, and good cause appearing, IT IS HEREBY ORDERED that defendant Franklin's December 20, 2005, motion to compel is denied without prejudice.

DATED: March 1, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
lout1937.mtcd

1